**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 08 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL DORAN; et al., | No. 03-15105 |
| Plaintiffs - Appellants, | D.C. No. CV-00-00386-SPK |
| and | District of Hawaii, Honolulu |
| REEL BIG FISH MAUI, INC., a Hawaii corporation, | ORDER |
| Plaintiff, | |
| v. | |
| DON AUS; et al., | |
| Defendants - Appellees, | |
| and | |
| MIKE KELLY, Major; et al., | |
| Defendants. | |

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 13 2007
4:30pm
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner.

The stay of appellate proceedings is lifted.

Appellees' motion to dismiss the appeal is denied.

S:\MOATT\Cmshords\10-07\cj\03-15105.wpd

03-15105

Appellants shall designate the reporter's transcript by November 21, 2007. The transcript is due December 21, 2007. The opening brief and excerpts of record are due January 22, 2008; the answering brief is due February 21, 2008; and the optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Shaw*
General Order 6.3(e)